**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MASOUMEH TAYARI SADEGH,

Plaintiff

v.

UNIVERSITY MEDICAL CENTER (UMC),

Defendant

Case No.: 2:26-cv-01844-APG-DJA

**Order**

[ECF Nos. 7, 8]

Plaintiff Masoumeh Tayari Sadegh filed a letter explaining that use of an AI tool resulted in a court filing using language that the plaintiff did not intend. The plaintiff asks how to "correct or withdraw this document properly." ECF No. 8 at 1. I interpret the plaintiff's letter as a request to withdraw ECF No. 7, and I grant it. If the plaintiff wishes to refile ECF No. 7 using different language, she may do so.

I THEREFORE ORDER that plaintiff Masoumeh Tayari Sadegh's request to withdraw (ECF No. 8) is GRANTED. The motion filed at ECF No. 7 is withdrawn, without prejudice to the plaintiff refiling it.

DATED this 29th day of July, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE